APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL E. VACEK, JR., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEORGE M. AWAD, et al. | : | NO.  2:17-cv-02820-AB |

<u>ORDER</u>

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Thomas J. McKenna</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.

☐   DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:17-cv-02820-AB

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Thomas J. McKenna** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York - All | 08/27/1985 | 2009546 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| S.D.N.Y. | 10/28/1986 | 2009546 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| E.D.N.Y. | 10/28/1986 | 2009546 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   Michael E. Vacek, Jr.

*Thomas J. McKenna* (signature)
(Applicant's Signature)

07/20/2017
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Gainey McKenna & Egleston

440 Park Avenue South, 5th Floor, New York, New York 10016

212-983-1300

Sworn and subscribed before me this
20 Day of July, 2017

*Leslie Anker* (signature)
Notary Public

LESLIE ANKER
Notary Public, State of New York
No. 02AN4777616
Qualified in New York County
Commission Expires April 30, 2018

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Thomas J. McKenna____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Michael D. Donovan | [signature] | 10/22/1991 | mdd0414 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Donovan Litigation Group, LLC

15 St. Asaphs Road

Bala Cynwyd, PA 19004

Sworn and subscribed before me this

___ Day of _____, 200__

_____
Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL E. VACEK, JR., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEORGE M. AWAD, et al. | : | NO.  2:17-cv-02820-AB |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Thomas J. McKenna

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

All counsel via the Court's electonic filing system.

_[signature]_
Signature of Attorney

_Michael D. Donovan_
Name of Attorney

Michael E. Vacek, Jr.
Name of Moving Party

7/20/2017
Date

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Thomas J. McKenna____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

_____    _____    _____    _____
Sponsor's Name            Sponsor's Signature        Admission date    Attorney
                                                                       Identification No.

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

_____

_____

_____

Sworn and subscribed before me this

____ Day of _____, 200__

_____
Notary Public