# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL E. VACEK, JR., derivatively on behalf of WALTER INVESTMENT MANAGEMENT CORP., <br><br> Plaintiff, <br> v. <br><br> GEORGE M. AWAD, DANIEL G. BELTZMAN, MICHAEL M. BHASKARAN, NEAL P. GOLDMAN, WILLIAM J. MEURER, ALVARO G. de MOLINA, VADIM PERELMAN, and ANTHONY N. RENZI, <br><br> Defendants, <br> and <br><br> WALTER INVESTMENT MANAGEMENT CORP., <br> Nominal Defendant. | Case 2:17-cv-02820-JCJ |

## JOINT STATUS REPORT

WHEREAS, on July 2, 2018, the parties informed the court that they were engaged in discussions seeking to resolve this action; and

WHEREAS, on July 5, 2018, the court ordered the parties to submit a status report to the Court on the progress of their settlement discussions on or before July 23, 2018.

THEREFORE, the parties jointly provide the Court with the following status report:

1. The parties have reached an agreement in principle to settle the action subject to the drafting of a formal settlement agreement, notice to stockholders, and approval of the Court following a settlement hearing pursuant to Rule 23.1 of the Federal Rules of Civil Procedure.

2. The parties are currently negotiating the terms of the formal settlement agreement and related documents, and anticipate providing the agreement and related documents to the

Court for the Court's consideration and the scheduling of a settlement hearing pursuant to

Federal Rule of Civil Procedure 23.1.

Dated: July 23, 2018
       Philadelphia, PA

| | |
|---|---|
| **DONOVAN LITIGATION GROUP, LLC** | **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER** |
| s/ *Michael D. Donovan* | /s/ *William T. Hangley* |
| Michael D. Donavan, Esquire (PA ID: 51895) | William T. Hangley (PA ID: 03533) |
| 15 St. Asaphs Road | Jonathan L. Cochran (PA ID: 314382) |
| Bala Cynwyd, PA 19004-2405 | One Logan Square, 27th Floor |
| T: (610) 647-6067 | Philadelphia, PA 19103 |
| F: (610) 647-7215 | Tel: (215) 568-6200 |
| mdonavan@donovanlitigationgroup.com | Fax: (215) 568-0300 |
| | whangley@hangley.com |
| -and- | |
| | -and- |
| **GAINEY McKENNA & EGLESTON** | |
| Thomas J. McKenna | **WEIL, GOTSHAL & MANGES LLP** |
| Gregory M. Egleston | Joseph S. Allerhand |
| 440 Park Avenue South, 5th Floor | Stephen A. Radin |
| New York, New York 10016 | Matthew S. Connors |
| Tel: (212) 983-1300 | Andrew Blumberg |
| Fax: (212) 983-0383 | 767 Fifth Avenue |
| tjmckenna@gme-law.com | New York, NY 10153 |
| egleston@gme-law.com | Tel: (212) 310-8000 |
| | Fax: (212) 310-8007 |
| Attorneys for Plaintiff | joseph.allerhand@weil.com |
| | stephen.radin@weil.com |
| | |
| | Attorneys for Nominal Defendant Walter Investment Management Corp., now known as Ditech Holding Corporation |
| | |
| | **DECHERT, LLP** |
| | |
| | /s/ *Ellen L. Ratigan* |
| | Stuart T. Steinberg (PA ID: 82196) |
| | Ellen L. Ratigan (PA ID: 319149) |
| | Cira Center |
| | 2929 Arch Street |
| | Philadelphia, PA19104 |

Tel: (215) 994-4000
Fax: (215) 994-2222
ellen.ratigan@dechert.com

-and-

David H. Kistenbroker
Joni S. Jacobsen
35 West Wacker Drive
Suite 3400
Chicago, IL 60601
Tel: (312) 646-5811
Fax: (312) 646-5858
david.kistenbroker@dechert.com

Attorneys for Defendants George M. Awad, Daniel G. Beltzman, Michael M. Bhaskaran, Neal P. Goldman, William J. Meurer, Alvaro G. de Molina, Vadim Perelman, and Anthony N. Renzi

**<u>CERTIFICATE OF SERVICE</u>**

I, Jonathan L. Cochran, hereby certify that on the 23rd day of July, 2018, I caused a true and correct copy of the foregoing Joint Status Report to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

*/s/ Jonathan L. Cochran*
Jonathan L. Cochran
