IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL E. VACEK, JR.,<br>derivatively on behalf of<br>WALTER INVESTMENT MANAGEMENT<br>CORP., | :<br>:<br>:<br>: | Date of Notice: November 29, 2018 |
| v. | : | CIVIL ACTION NO. 17-2820 |
| GEORGE M. AWAD, <u>ET</u>, <u>AL</u>., | :<br>:<br>: | |

TAKE NOTICE that the above-captioned matter is scheduled for <u>SETTLEMENT HEARING</u> in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Hon. J. Curtis Joyner, on **JANUARY 24, 2019**, at **10:30 A.M.** in Courtroom No. <u>17A - 17TH FLOOR</u>.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

Sharon Scott, Deputy Clerk
Judge J. Curtis Joyner
267-299-7419